LOUIS P. PETRICH (State Bar No. 38161)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: lpetrich@lpsla.com

Attorneys for Defendants
ASSOCIATED NEWSPAPERS LTD,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH MANZARI p/k/a DANNI ASHE,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED NEWSPAPERS LTD; A&N MEDIA LIMITED; DMGT, PLC and DOES 1-20,<br><br>Defendants. | **CASE NO. CV-13-06830 GW (PJWx)**<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER 1) DENYING DEFENDANT'S MOTION TO STRIKE PURSUANT TO CAL. CIV. PRO. § 425.16 *NUNC PRO TUNC*; 2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant ASSOCIATED NEWSPAPERS LTD is lodging with the Court, a [Proposed] Order 1) Denying Defendant's Motion To Strike Pursuant To Cal. Civ. Pro. § 425.16 *Nunc Pro Tunc*; 2) Granting In Part And Denying In Part Defendant's Motion To Dismiss Pursuant To Rule 12(B)(6) and attaching Exhibits A and B thereto.

DATED: March 18, 2014  /s/    Louis P. Petrich
LOUIS P. PETRICH
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendants
ASSOCIATED NEWSPAPERS LTD,