1  ~~LEOPOLD PETRICH & SMITH~~
   ~~LOUIS P. PETRICH~~
2  ~~lpetrich@lpsla.com~~
   ~~2049 Century Park E - Suite 3110~~
3  ~~Los Angeles, CA 90067~~
   ~~Telephone: (310) 277-3333~~
4  ~~Fax: (310) 277-7444~~

5  ~~LEVINE SULLIVAN KOCH & SCHULZ, LLP~~
   ~~CAMERON STRACHER (*Pro Hac Vice*)~~
6  ~~KATHERINE M. BOLGER (*Pro Hac Vice*)~~
   ~~cstracher@lskslaw.com~~
7  ~~kbolger@lskslaw.com~~
   ~~321 West 44th Street, Suite 1000~~
8  ~~New York, NY 10036~~
   ~~Telephone: (212) 850-6123~~
9  ~~Fax: (212) 850-6299~~

10 ~~Attorneys for Defendant~~
   ~~ASSOCIATED NEWSPAPERS LTD~~

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEAH MANZARI p/k/a DANNI ASHE,<br><br>Plaintiff,<br><br>vs.<br><br>ASSOCIATED NEWSPAPERS LTD; A&N MEDIA LIMITED; DMGT, PLC and DOES 1-20,<br><br>Defendants. | Case No. CV 13-6830-GW(PJWx)<br><br>**(PROPOSED) ORDER**<br>**1) DENYING DEFENDANT'S MOTION TO STRIKE PURSUANT TO CAL. CIV. PRO § 425.16** ***NUNC PRO TUNC***;<br>**2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

WHEREAS on November 14, 2013, Defendant Associated Newspapers Ltd. ("Defendant") filed a Motion to Dismiss (Dkt. 17) and a Motion to Strike the Complaint of Plaintiff Danni Ashe ("Plaintiff") pursuant to Cal. Civ. Pro. § 425.16 (Dkt. 20) (the "Motion to Strike") and the motions were fully briefed and submitted;

WHEREAS on January 16, 2014, this Court issued a Tentative Ruling in which it stated ~~suggested~~ that 1) the Court was inclined to deny Defendant's anti-SLAPP Motion to Strike; 2) the Court was inclined to deny in part Defendant's Motion to Dismiss to the extent Plaintiff claimed that the article at issue here (the "Article") falsely implied that Plaintiff had contracted HIV; and 3) the Court was inclined to grant in part Defendant's Motion to Dismiss to the extent Plaintiff claimed the Article stated that she engaged in "hardcore" pornography or was "unchaste," *see* Tentative Ruling at 7-8 (Dkt. 36), annexed hereto as Exhibit A (the "Tentative");

WHEREAS on February 3, 2014, the Court issued an Order as to Defendant's motions adopting its Tentative Ruling, and noting that it "would not alter its previous holdings, and would DENY Defendant's Special Motion to Strike." *See* Order (Dkt. 37) annexed hereto as Exhibit B (the "Order").  The Court also ordered supplemental briefing as to the Defendant's Motion to Dismiss Plaintiff's Complaint based on Plaintiff's claim that the Article implied ~~stated~~ that Plaintiff engaged in "hardcore" pornography or was "unchaste," *id*. at 4;

WHEREAS this Court intended the Order to be a final decision on the Motion to Strike and the parties understood that to be the case;

WHEREAS, Defendant filed an appeal of the denial of the Motion to Strike on February 28, 2014, *see* Dkt. 41;

1  WHEREAS, by Order dated March 3, 2014, the United States Court of
2  Appeals issued an order instructing Defendant to show cause why the appeal was
3  not premature;

4  WHEREAS on March 17, 2014, the Court held a hearing on the supplemental
5  briefing submitted by Plaintiff (Dkt. 46) and Defendant (Dkt. 45).  At the
6  conclusion of that hearing, this Court stated that it would grant Defendant's Motion
7  to Dismiss to the extent Plaintiff claimed that the Article <ins>implied</ins> <del>stated</del> that she had
8  engaged in "hardcore" pornography or was "unchaste";

9  IT IS HEREBY ORDERED *nunc pro tunc* that the Defendant's <del>Motion to</del>
10 Motion to Strike pursuant to Cal. Civ. Pro. § 425.16 is DENIED as of February 3,
11 2014 <ins>as per the grounds stated in the Tentative and the Order</ins><del>because this Court
12 finds that Plaintiff has stated viable claims to the extent that the Article carries the
13 defamatory implication that Plaintiff contracted HIV</del>;

14 IT IS HEREBY FURTHER ORDERED that the Defendant's Motion to
15 Dismiss is DENIED as to Plaintiff's claims based on her allegations that the Article
16 carries the <ins>false</ins> implication that Plaintiff <ins>tested positive for</ins> <del>contracted</del> HIV, and is
17 GRANTED as to Plaintiff's claim that the Article <ins>implied</ins> <del>stated that</del> she had
18 engaged in "hardcore" pornography or was "unchaste."

20 Dated: March ____, 2014

SO ORDERED

By: _____
    U.S.D.J.


DATED:  March 17, 2014                Respectfully submitted,

LEOPOLD PETRICH & SMITH LLP
LOUIS P. PETRICH

LEVINE SULLIVAN KOCH & SCHULZ, LLP
KATHERINE M. BOLGER*
CAMERON STRACHER*


By:   /s/ Katherine M. Bolger
     KATHERINE M. BOLGER

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD.

*Admitted *pro hac vice*