Steven Weinberg, State Bar No. 159027
WEIN LAW GROUP, LLP
1925 Century Park East, 2120
Los Angeles, CA 90067
310-598-7005
Steven@WeinLawGroup.com

Attorneys for Plaintiff, LEAH MANZARI p/k/a
DANNI ASHE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH MANZARI p/k/a DANNI ASHE, <br><br> Plaintiff, <br><br> v. <br><br> ASSOCIATED NEWSPAPERS LTD; A&N MEDIA LIMITED; DMGT, PLC and DOES 1-20, <br><br> Defendants. | Case No. CV13-06830-GW(PJWx) <br><br> **NOTICE OF TELEPHONIC APPEARANCE** <br><br> Date: March 17, 2014 <br> Time: 8:30 a.m. <br> Ctrm: 10D <br><br><br> Action Filed: September 17, 2013 |

1        On March 17, 2014, this Court issued an order setting a further status

2  conference for March 20, 2014 at 8:30 a.m.  (See, March 17, 2014 Order,

3  ECF No. 50.)  At the March 17, 2014 status conference, the Court indicated

4  that the parties' counsel can appear telephonically at the further status

5  conference.

6        THEREFORE, in compliance with the Court's March 17, 2014 Order,

7  the undersigned, counsel in the above-entitled action for Plaintiff, LEAH

8  MANZARI hereby respectfully requests permission to appear telephonically at

9  the March 20 further status conference.  Plaintiff's counsel, Steven L.

10 Weinberg, will be available at **(310) 276-3774**.

11

12

13 Dated: March 19, 2014          WEIN LAW GROUP, LLP

14

15                             By:__/S/_____

16                               STEVEN L. WEINBERG
                                 Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28