# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-6830-GW(PJWx) | Date | March 31, 2014 |
|---|---|---|---|
| Title | *Leah Manzari v. Associated Newspapers, Ltd., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Steven L. Weinberg by telephone | Katherine M. Bolger by telephone |

**PROCEEDINGS:      STATUS CONFERENCE**

Case called. Court hears oral argument re Defendant Associated Newspapers Ltd.'s Motion to Stay Case pending resolution of appeal [55]. The Court orders counsel to further confer re a stay in this action and continues this matter to **April 14, 2014 at 8:30 a.m.** The matter is stayed until the status conference on April 14, 2014.

The Court further orders Plaintiff counsel to submit a response to Motion to Stay Case by close of business on April 7, 2014. The reply is due by April 10, 2014. If an agreement to stay is reached, the parties may submit a stipulation to stay this matter, in which case the Court would schedule a status conference for October 6, 2014.

| | : | 05 |
|---|---|---|
| Initials of Preparer | KSS | |