1  LEOPOLD PETRICH & SMITH [SB# 038161]
   LOUIS P. PETRICH
2  2049 Century Park E - Suite 3110
   Los Angeles, CA 90067
3  Tel: (310) 277-3333
   Fax: (310) 277-7444
4  Email: lpetrich@lpsla.com

5  LEVINE SULLIVAN KOCH & SCHULZ, LLP
   CAMERON STRACHER (*Pro Hac Vice*)
6  KATHERINE M. BOLGER (*Pro Hac Vice*)
   321 West 44th Street, Suite 1000
7  New York, NY 10036
   Tel: (212) 850-6123
8  Fax: (212) 850-6299
   Email: cstracher@lskslaw.com
9  Email: kbolger@lskslaw.com

   Attorneys for Defendant
10 ASSOCIATED NEWSPAPERS LTD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEAH MANZARI p/k/a DANNI ASHE, <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATED NEWSPAPERS LTD; A&N MEDIA LIMITED; DMGT, PLC and DOES 1-20, <br><br> Defendants. | Case No. CV 13-6830-GW(PJWx) <br><br> **ORDER STAYING PROCEEDINGS PURSUANT TO STIPULATION** |

1　　　WHEREAS by order entered on February 3, 2014, this Court denied the
2　Motion of Defendant Associated Newspapers Ltd. ("Defendant") to Strike the
3　Complaint of Plaintiff Danni Ashe ("Plaintiff") pursuant to Cal. Civ. Pro. § 425.16;
4　　　WHEREAS, that Motion, if granted, would have disposed of this action in its
5　entirety;
6　　　WHEREAS Defendant filed a timely Notice of Appeal of the denial of the
7　Motion to Strike in this Court on February 28, 2014;
8　　　WHEREAS this Court on March 21, 2014 issued an order *nunc pro tunc*
9　ordering that Defendant's Motion to Strike was denied as of February 3, 2014;
10　　WHEREAS Defendant moved to stay this action on March 27, 2014;
11　　WHEREAS this Court on March 31, 2014 ordered parties to confer regarding
12　a stay in this action and stayed this action until a status conference on April 14, 2014
13　at 8:30 a.m.;
14　　WHEREAS Defendant argues that Defendant's appeal has the effect of staying
15　all proceedings related to the issues raised in the Motion to Strike, *see In re NCAA*
16　*Student-Athlete Name & Likeness Litig.*, No. C 09-1967 CW, 2010 WL 5644656, at
17　*3 (N.D. Cal. Dec. 17, 2010), and Plaintiff disagrees.
18　　The Court having reviewed the Parties' Stipulation Regarding Stay of These
19　Proceedings filed April 9, 2014 [Dkt. 57] and good cause appearing therefore:
20　　IT IS HEREBY ORDERED that all proceedings in this action are stayed
21　pending a decision on Defendant's appeal from this Court's February 3, 2014 order;
22　　IT IS FURTHER ORDERED, notwithstanding this stay, during the pendency
23　of the appeal:
24　　　a.　Parties shall preserve all evidence, inclusive of Electronically Stored
25　Information, relevant to the subject matter of this proceeding;
26　　　b.　Plaintiff may serve a subpoena *duces tecum* on Corbis Corporation; and
27　　　c.　In response to a single interrogatory from the Plaintiff, and without
28　waiving any objections thereto, Defendant will provide Plaintiff with the total

number of page views for the article which is the subject of this suit ("Article") during all times the Article contained an image of Plaintiff, which will also be specified.

      IT IS FURTHER ORDERED that a status conference is set for October 6, 2014.

DATED: April 11, 2014

By: _____
George H. Wu, U.S. District Judge

The e-filer of this document attests that all signatories concur in this filing's content and authorize same to be e-filed.

DATED: April 11, 2014      Respectfully submitted,

                                    LEOPOLD, PETRICH & SMITH, P.C.

                                    By:   s/ Louis P. Petrich
                                        LOUIS P. PETRICH
                                    Attorneys for Defendant
                                    ASSOCIATED NEWSPAPERS LTD.

DATED: April 11, 2014      WEIN LAW GROUP, LLP

                                    By:   s/ Steven Weinberg
                                        STEVEN WEINBERG

                                    Attorney for Plaintiff LEAH
                                    MANZARI p/k/a DANNI ASHE