FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEAH MANZARI, p/k/a Danni Ashe,<br><br>    Plaintiff - Appellee,<br><br> v.<br><br>ASSOCIATED NEWSPAPERS LTD.,<br><br>    Defendant - Appellant. | No. 14-55329<br><br>D.C. No. 2:13-cv-06830-GW-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

4/15/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The court has reviewed appellant's response to the court's March 3, 2014 order to show cause. The order to show cause is discharged. This appeal shall proceed.

The briefing schedule established previously shall remain in effect.

SM/Pro Se