UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-6830-GW(PJWx) | Date | March 2, 2015 |
|---|---|---|---|
| Title | *Leah Manzari v. Associated Newspapers, Ltd., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | Robert S. Rodriguez |

**PROCEEDINGS:**     **STATUS CONFERENCE**

Counsel for Plaintiff is not present.

Based on the Joint Status Report filed on February 24, 2015, and for reasons stated on the record, the status conference is continued to June 11, 2015 at 8:30 a.m.  Parties will file a status report by noon, June 9, 2015.

|  | : | 02 |
|---|---|---|
| | Initials of Preparer | JG |