LEOPOLD PETRICH & SMITH, P.C.
LOUIS P. PETRICH [SB#038161]
ROBERT S. GUTIERREZ [SB#143223]
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: lpetrich@lpsla.com; rgutierrez@lpsla.com

LEVINE SULLIVAN KOCH & SCHULZ, LLP
KATHERINE M. BOLGER (*Pro Hac Vice*)
CAMERON STRACHER (*Pro Hac Vice*)
321 West 44th Street, Suite 1000
New York, New York 10036
Tel; (212) 850-6123 • Fax: (212) 850-6299
Email: kbolger@lskslaw.com; cstracher@lskslaw.com

Attorneys for Defendant
ASSOCIATED NEWSPAPERS LTD.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEAH MANZARI p/k/a DANNI ASHE,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED NEWSPAPERS LTD; A&N MEDIA LIMITED; DMGT, PLC and DOES 1-20,<br><br>Defendants. | **CASE NO. CV-13-06830 GW (PJWx)**<br><br>**NOTICE OF STATUS CONFERENCE**<br><br>DATE: March 28, 2016<br>TIME: 8:30 a.m.<br>CTRM: 10<br>312 N. Spring Street,<br>Los Angeles, CA 90012 |

 PLEASE TAKE NOTICE that a status conference was held in the above-caption case on November 16, 2015. The Honorable George H. Wu, United States District Court Judge, presided at the hearing. Robert S. Gutierrez of Leopold, Petrich & Smith, APC appeared on behalf of defendant Associated Newspapers Ltd. No appearance was made on behalf of plaintiff Leah Manzari p/k/a Danni Ashe.

1   PLEASE TAKE FURTHER NOTICE that the Court scheduled another Status
2 Conference for March 28, 2016 and ordered the parties to file a Status Report by
3 twelve noon on March 23, 2016.

5 Dated:  November 17, 2015        LEOPOLD, PETRICH & SMITH, P.C.

7                                  By:   s/ Robert S. Gutierrez
                                         LOUIS P. PETRICH
8                                        ROBERT S. GUTIERREZ

9                                  LEVINE SULLIVAN KOCH & SCHULZ, LLP
                                   KATHERINE M. BOLGER
10                                 CAMERON STRACHER

12                                 Attorneys for Defendant
                                   ASSOCIATED NEWSPAPERS LTD