JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH MANZARI p/k/a DANNI ASHE,<br><br>Plaintiffs,<br><br>v.<br><br>ASSOCIATED NEWSPAPERS LTD; A&N MEDIA LIMITED; DMGT, PLC and DOES 1-20,<br><br>Defendants. | CASE NO. CV 13-6830-GW(PJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: September 17, 2013 |

# ORDER

WHEREAS Defendant Associated Newspapers Ltd. ("Defendant") and Plaintiff Leah Manzari, p/k/a/ Danni Ashe ("Plaintiff") filed a Joint Stipulation of Dismissal with Prejudice;

PURSUANT TO THE PARTIES' RELATED STIPULATION, AND GOOD CAUSE APPEARING, the Court hereby dismisses this action in its entirety with prejudice, with each party to bear its respective attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 30, 2017

By: _____
GEORGE H. WU,
United States District Judge